# EXHIBIT A



US00D614063S

(12) **United States Design Patent**      (10) **Patent No.:**      **US D614,063 S**

Shin      (45) **Date of Patent:**      ** **Apr. 20, 2010**

(54) **WARNING LIGHT LENS**

(76) Inventor: **David D Shin**, 7322 Madison St.,
Paramount, CA (US) 90723

(**) Term: **14 Years**

(21) Appl. No.: **29/352,301**

(22) Filed: **Dec. 18, 2009**

(51) LOC (9) Cl. ................................................. **10-05**
(52) U.S. Cl. ...................................................... **D10/114**
(58) Field of Classification Search ............... D10/109,
D10/111, 114; D26/29–31, 60, 37, 24; 362/158,
362/171–174, 183–208
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D118,717 S | 1/1940 | Alm | |
| 3,093,320 A | 6/1963 | Knapp | |
| D205,957 S | 10/1966 | Skokie | |
| D215,117 S | 9/1969 | Stahl | |
| D221,106 S | 7/1971 | Tixier | |
| 4,020,047 A | 4/1977 | Burland | |
| D246,131 S | 10/1977 | Schifrin | |
| D246,330 S | * 11/1977 | Krase et al. | .................... D26/76 |
| D248,791 S | 8/1978 | Tixier | |
| D255,883 S | 7/1980 | Ferenc | |
| D282,687 S | 2/1986 | McMahon | |
| D352,914 S | 11/1994 | Sours | |
| D375,180 S | 10/1996 | Lyons | |
| D397,633 S | * 9/1998 | Yang et al. | ................... D10/111 |
| D402,576 S | 12/1998 | Yang et al. | |
| D407,168 S | * 3/1999 | Arnkelian | ..................... D26/28 |
| D414,712 S | * 10/1999 | Yang et al. | ................... D10/111 |
| D483,511 S | 12/2003 | Lay | |
| D530,437 S | 10/2006 | Neufeglise | |
| D542,948 S | 5/2007 | Columbro | |
| D564,108 S | 3/2008 | Lassen | |
| D583,695 S | * 12/2008 | Grote, Jr. | ..................... D10/109 |

| | | |
|---|---|---|
| D584,180 S | 1/2009 | Pokorny |
| D589,835 S | 4/2009 | Pokorny |
| D591,187 S | 4/2009 | Pokorny |
| D591,188 S | 4/2009 | Pokorny |
| D593,428 S | 6/2009 | Lyons |
| D595,172 S | 7/2009 | Pokorny |
| 2005/0190553 A1 | 9/2005 | Lynch et al. |

* cited by examiner

*Primary Examiner*—Caron Veynar
*Assistant Examiner*—George D Kirschbaum
(74) *Attorney, Agent, or Firm*—Kirk A. Buhler; Buhler &
Associates

(57) **CLAIM**

The ornamental design of a warning light lens, as shown and
described.

**DESCRIPTION**

FIG. 1 is a top perspective view for a warning light lens
showing my new design;

FIG. 2 is a top view thereof;

FIG. 3 is a right view, the opposite left side is a mirror image
thereof;

FIG. 4 is a bottom view thereof;

FIG. 5 is a front view, the opposite back side is a mirror image
thereof;

FIG. 6 is a cross-sectional view taken along lines 6—6 from
FIG. 4 thereof;

FIG. 7 is a cross-sectional view taken along lines 7—7 from
FIG. 4; and,

FIG. 8 is a perspective view of the warning light lens with
environmental mounted hardware.

The broken lines in FIG. 8 depict environmental subject mat-
ter of mounting hardware for the invention only and form no
part of the claimed design.

**1 Claim, 4 Drawing Sheets**





**FIG. 1**

Case 2:16-cv-00264-JVS-JPR   Document 1-1   Filed 01/13/16   Page 4 of 9   Page ID #:9



**FIG. 2**



**FIG. 3**



**FIG. 4**



**FIG. 5**



**FIG. 6**



**FIG. 7**



**FIG. 8**

# EXHIBIT B

LRC INNOVATION, INC.                                    PATENT NUMBER     NAME & MODEL



D614,063

MAGNETIC 24 LED
EMERGENCY/WARNING
FLASH STROBE
LIGHT ROOF TOP DC12V

Color: Amber, Clear,Amber Clear



D614,063

12V 4 LED EMERGENCY
HAZARD FLASHING
WARNING STROBE
DASH LIGHT

Color: Amber, Clear, Amber Clear



D614,063

12V 8 LED EMERGENCY
HAZARD FLASHING
WARNING STROBE
DASH LIGHT NEW

Color: Amber, Clear, Amber Clear

